Ethan Jones, WSBA No. 46911
Anthony Aronica, WSBA No. 54725
Yakama Nation Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
ethan@yakamanation-olc.org
anthony@yakamanation-olc.org

Attorneys for the Confederated Tribes and Bands of the Yakama Nation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TOPPENISH, a municipality of the State of Washington<br><br>Defendant. | Case No.:<br><br>YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

Plaintiff, Confederated Tribes and Bands of the Yakama Nation ("Yakama Nation"), signatory to the Treaty with the Yakamas of June 9, 1855, 12 Stat. 951, alleges as follows:

## 1. INTRODUCTION

1.1    This complaint concerns Defendant City of Toppenish's attempt to stop the Yakama Nation from exercising its inherent, Treaty-reserved sovereign authority to operate a 24-hour emergency cold weather shelter for unhoused Yakama Members

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 1

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

and all other community members in need of emergency shelter services within the City of Toppenish and the Yakama Reservation.

1.2    On November 18, 2024, the City of Toppenish issued a letter that purports to prevent the Yakama Nation from operating a 24-hour emergency cold weather shelter in the City of Toppenish within the Yakama Reservation.

1.3    When the Yakama Nation executed the Treaty with the Yakamas of June 9, 1855, 12 Stat. 951 (hereafter, the "Treaty of 1855"), it reserved inherent sovereign jurisdiction over its members and its lands, including the continued right to exercise civil jurisdiction over nonmembers on non-Indian owned fee lands as necessary to maintain the political integrity, economic security, and health and welfare of the Yakama Nation.  The Yakama Nation's sovereign and Treaty rights cannot be diminished by state laws or regulations.

1.4    Defendant's attempts to frustrate the Yakama Nation's exercise of civil jurisdiction and enforce the City of Toppenish municipal code against the Yakama Nation violates the Yakama Nation's inherent sovereign authority and Treaty-reserved rights to govern its lands and its people, as well as applicable federal law.

1.5    Accordingly, this Court should (a) declare Defendant's regulatory attempts under the City of Toppenish Municipal Code improper and unlawful, and (b) enjoin Defendant from taking any unlawful enforcement actions against the Yakama Nation or any other entity in a manner that frustrates the Yakama Nation's ability to protect its unhoused Yakama Nation Members.

## 2. JURISDICTION AND VENUE

2.1    The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1362, and under federal common law because the Yakama Nation, as a sovereign and federally recognized Nation, asserts claims arising under the Yakama

YAKAMA NATION'S COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF — 2

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

Nation's inherent sovereign power reserved by the Treaty of 1855.

2.2 The Court has jurisdiction to grant the declaratory relief sought pursuant to 28 U.S.C. 2201, and other relief—including injunctive relief—sought pursuant to 28 U.S.C. 2202.

2.3 Venue is proper in this District pursuant to 28 U.S.C. 1391(b) because all Defendants are residents of the State of Washington and a substantial part of the events or omissions giving rise to the claim occurred within this judicial District.

## 3. PLAINTIFF

3.1 The Yakama Nation is a sovereign, federally recognized Indian Tribe pursuant to the Treaty of 1855. The Yakama Nation exercises its inherent sovereign and Treaty-reserved authority and jurisdiction both within and beyond the exterior boundaries of the Yakama Reservation.

## 4. DEFENDANT

4.1 Defendant City of Toppenish is a municipality of the State of Washington.

## 5. FACTUAL BACKGROUND

5.1 The Yakama Nation is a sovereign, federally recognized Native Nation with inherent sovereign and Treaty-reserved rights pursuant to the Treaty of 1855.

5.2 The Yakama Nation's civil authority within the Yakama Reservation extends to nonmember conduct on non-Indian owned fee lands that threatens or has some direct effect on the political integrity, the economic security, or the health or welfare of the tribe.

5.3 The Yakama Nation is comprised of over 11,000 enrolled members,

YAKAMA NATION'S COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF — 3

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

some of whom are unhoused in the City of Toppenish.

5.4 Each fall and winter, the Yakama Reservation experiences a drop in temperatures and an increase in precipitation that threaten the health and safety of unhoused Yakama Members and nonmembers alike.

5.5 The Yakama Nation Tribal Council is concerned about the threat that these extreme weather conditions will pose to unhoused Yakama Members and nonmembers within the Yakama Reservation.

5.6 During the winter of 2023-2024, the Yakama Nation operated a 24-hour emergency cold weather shelter at a Yakama Nation-owned facility just outside the Toppenish City Limits. That facility's plumbing failed, and it is not available to serve as a 24-hour emergency cold weather shelter during the 2024-2025 winter.

5.7 On September 10, 2024, the Yakima County Board of County Commissioners awarded a $250,000 grant to the Yakama Nation to provide low barrier emergency shelter services to assist individuals experiencing homelessness in resolving their housing instability.

5.8 The Yakama Nation obtained the consent of the Yakima Valley Farmworkers Clinic to open the Yakama Nation's 24-hour emergency cold weather shelter, known as the Iniitnu't Cold Weather Shelter, at a building located at 501 West 1st Avenue, Toppenish, WA 98948 and owned by the Yakima Valley Farmworkers Clinic in the City of Toppenish within the Yakama Reservation.

5.9 The property owned by the Yakima Valley Farmworker Clinic was reserved in the Treaty of 1855 for the exclusive use and benefit of the Yakama Nation and passed out of the Yakama Nation's ownership during the Allotment Era at the turn of the 20th century. The property remains within the exterior

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 4

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

boundaries of the Yakama Reservation and is therefore Indian Country subject to the Yakama Nation's jurisdiction.

5.10 On October 21, 2024, Yakama Nation Tribal Council Members and Yakama Nation Staff presented to a Toppenish City Council Committee at Toppenish City Hall concerning the Yakama Nation's plan to open a 24-hour emergency cold weather shelter. The goal of the presentation was to address any concerns that the City of Toppenish may have with the 24-hour emergency cold weather shelter. The Toppenish City Council Committee passed a motion to refer the matter to the full Toppenish City Council.

5.11 On October 28, 2024, Yakama Nation Tribal Council Members and Yakama Nation Staff presented to the Toppenish City Council at Toppenish City Hall concerning the Yakama Nation's plan to open a 24-hour emergency cold weather shelter. The goal of the presentation was to address any concerns that the City of Toppenish may have with the 24-hour emergency cold weather shelter. The Toppenish City Council did not support or oppose the 24-hour emergency cold weather shelter.

5.12 On November 1, 2024, Yakama Nation Tribal Council Members and representatives of the Toppenish City Council met at the Yakama Nation's Headquarters to discuss the 24-hour emergency cold weather shelter. Representatives of the Toppenish City Council did not state their formal support or opposition to the 24-hour emergency cold weather shelter.

5.13 On November 4, 2024, a Yakama Nation Staff Attorney visited Toppenish City Hall and spoke to a public works employee to identify any concerns that the City had with the 24-hour emergency cold weather shelter. The public works employee stated that she was not able to share information absent a

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 5

**YAKAMA NATION**
**OFFICE OF LEGAL COUNSEL**
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

decision from the Toppenish City Council.

5.14 On November 7, 2024, the Yakama Nation Tribal Council passed a Tribal Council Resolution authorizing the operation of a 24-hour emergency cold weather shelter at the Yakima Valley Farmworkers Building within the City of Toppenish and the Yakama Reservation.

5.15 This Tribal Council Resolution represents an exercise of the Yakama Nation's inherent sovereign and Treaty-reserved civil authority to regulate nonmembers (in this case the Yakima Valley Farmworkers Clinic) on fee property within the Yakama Reservation (the Yakima Valley Farmworkers Building) to provide for the health and safety of enrolled Yakama Members, and by extension the political integrity, health, and welfare of the Yakama Nation.

5.16 Between November 7, 2024 and November 20, 2024, Yakama Nation Staff worked diligently to prepare the Yakima Valley Farmworkers Building to be used as a 24-hour emergency cold weather shelter.

5.17 On November 15, 2024, the Yakama Nation sent a letter to the City of Toppenish announcing the Yakama Nation's intent to open the 24-hour emergency cold weather shelter at the Yakima Valley Farmworkers Building in the City of Toppenish.

5.18 On November 18, 2024, the Toppenish City Manager, Mr. Dan Ford, sent a response letter to the Yakama Nation disputing the Yakama Nation's ability to operate a cold weather shelter within the City of Toppenish for anything in excess of 6 hours per day, and expressing health and safety concerns with the Yakima Valley Farmworkers Building.

5.19 On November 19, 2024 and November 20, 2024, the Yakama Reservation experienced rainfall, snowfall, and temperatures below freezing. The

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 6

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

10-day weather forecast predicts rain and nightly temperature forecasts near or below freezing.

5.20   At 8:00 am on November 20, 2024, the Yakama Nation opened its 24-hour emergency cold weather shelter at the Yakima Valley Farmworkers Building.

5.21   At 12:14 pm on November 20, 2024, the Yakama Nation sent a response letter to the City of Toppenish confirming that the Yakama Nation has opened the emergency cold weather shelter and would operate the shelter 24-hours per day.  The Yakama Nation also invited a meeting with the City of Toppenish to discuss the City's health and safety concerns.

5.22   After sending the response letter, the Yakima Valley Farmworkers Clinic contacted the Yakama Nation by phone, text message, and email.  The Yakima Valley Farmworkers Clinic expressed that they had spoken to the City of Toppenish and were prohibited by the City from allowing the Yakama Nation to operate a 24-hour cold weather shelter until the Yakama Nation and City reached some other resolution.

5.23   The City of Toppenish's actions directly threaten the health and safety of enrolled Yakama Members, and therefore threaten the political integrity, health, and welfare of the Yakama Nation.

5.24   The City of Toppenish's actions to prevent the Yakama Nation from authorizing the Yakima Valley Farmworkers Clinic to host a 24-hour emergency cold weather shelter for enrolled Yakama Members (along with any other individuals who need shelter services) unlawfully violate the Yakama Nation's exercise of civil jurisdiction, thereby depriving the Yakama Nation of the full benefit of its inherent sovereignty and the rights reserved in the Treaty of 1855.

5.25   The City of Toppenish's actions pose an imminent threat of harm to

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 7

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

the Yakama Nation and its Members.

## 6. FIRST CLAIM FOR RELIEF
(Violation of the Treaty with the Yakamas of June 9, 1855)

6.1    The Yakama Nation hereby incorporates and reasserts all prior allegations by reference.

6.2    The Treaty of 1855 is the supreme law of the land under the Supremacy Clause of the United States Constitution. U.S. Const. art. VI, cl. 2.

6.3    States, and by extension municipalities, cannot assert civil jurisdiction over the conduct or property of non-Indians in Indian Country if it would cause interference with tribal self-government, or a conflict with federal laws and policies. Cohen's Handbook of Federal Indian Law § 6.01(1) (2012).

6.4    Pursuant to its inherent sovereign rights reserved in the Treaty with the Yakamas of June 9, 1855 (12 Stat. 951), the Yakama Nation regulates nonmember conduct on non-Indian owned fee lands within the Yakama Reservation where the "conduct threatens or has some direct effect on the political integrity, the economic security, or the health or welfare of the tribe." *Montana v. United States*, 450 U.S. 544, 566 (1981).

6.5    The Yakama Nation lawfully exercised its sovereign authority to regulate the Yakima Valley Farmworker Clinic's conduct on fee land within the Yakama Reservation by authorizing the operation of a 24-hour emergency cold weather shelter at the Yakima Valley Farmworker's Building in the City of Toppenish within the Yakama Reservation.

6.6    The City of Toppenish's actions to prevent the Yakama Nation from authorizing the Yakima Valley Farmworkers Clinic to host a 24-hour emergency cold weather shelter for enrolled Yakama Members (along with any other

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 8

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

individuals who need shelter services) unlawfully violate the Yakama Nation's exercise of civil jurisdiction, thereby depriving the Yakama Nation of the full benefit of its inherent sovereignty and the rights reserved in the Treaty of 1855. The City of Toppenish's actions are invalid as a matter of federal law.

## 7. REQUEST FOR RELIEF

WHEREFORE, the Yakama Nation respectfully requests that this Court order the following relief:

A. A declaratory judgment pursuant to 28 U.S.C. § 2201 declaring that:

(1) Plaintiff Yakama Nation has the inherent sovereign and Treaty-reserved authority to regulate nonmember conduct on non-Indian owned fee lands within the Yakama Reservation where the conduct threatens or has some direct effect on the political integrity, the economic security, or the health or welfare of the Tribe.

(2) Plaintiff Yakama Nation lawfully exercised its inherent sovereign and Treaty-reserved authority to regulate nonmember conduct on non-Indian owned fee lands within the Yakama Reservation when it authorized the operation of a 24-hour emergency cold weather shelter at the Yakima Valley Farmworkers Building.

(3) Defendant City of Toppenish's attempt to exercise regulatory authority to counter the Yakama Nation's authorization of a 24-hour emergency cold weather shelter at the Yakima Valley Farmworkers Building is pre-empted by Yakama Nation laws, and has no legal effect.

(4) Defendant City of Toppenish violated the Yakama Nation's inherent sovereign and Treaty-reserved rights by exercising regulatory authority to counter the Yakama Nation's authorization of a 24-hour emergency cold weather

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 9

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

shelter at the Yakima Valley Farmworkers Building

B.  Both a preliminary and permanent injunction pursuant to 28 U.S.C. § 2202 enjoining Defendant City of Toppenish from exercising civil regulatory authority to prevent the Yakama Nation from authorizing nonmembers to host or operate a 24-hour emergency cold weather shelter on nonmember-owned fee lands within the Yakama Reservation.

C.  Award the Yakama Nation such other relief as the Court deems just and appropriate.

Respectfully submitted this 20th day of November, 2024.

      s/Ethan Jones
Ethan Jones, WSBA No. 46911
Anthony Aronica, WSBA No. 54725
YAKAMA NATION OFFICE OF LEGAL COUNSEL
P.O. Box 151, 401 Fort Road
Toppenish, WA 98948
Telephone: (509) 865-7268
Facsimile: (509) 865-4713
ethan@yakamanation-olc.org
anthony@yakamanation-olc.org

*Attorneys for the Confederated Tribes and Bands of the Yakama Nation*

YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF — 10

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268