Ethan Jones, WSBA No. 46911
Anthony Aronica, WSBA No. 54725
Yakama Nation Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
ethan@yakamanation-olc.org
anthony@yakamanation-olc.org

Attorneys for the Confederated Tribes and
Bands of the Yakama Nation

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Indian Tribe,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF TOPPENISH, a municipality of the State of Washington<br><br>                              Defendant. | Case No.: 1:24-cv-03189<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

   This matter having come before the Court on Plaintiff Confederated Tribes and Bands of the Yakama Nation's ("Yakama Nation") Motion for Temporary Restraining Order And Preliminary Injunction, and the Court having considered the memorandum of points and authorities in support, and all other relevant pleadings and records on file with the Court,

   IT IS HEREBY ORDERED that Plaintiff Confederated Tribes and Bands of the Yakama Nation's Motion for Temporary Restraining Order is GRANTED.

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION — 1

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

IT IS FURTHER ORDERED that the restraint of this Temporary Restraining Order shall remain in full force and effect for fourteen (14) days.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Motion for Preliminary Injunction shall be set at a time and date before expiration of the Temporary Restraining Order.

## **TEMPORARY RESTRAINING ORDER**

The Court finds that a temporary restraining order is necessary to prevent immediate and irreparable injury to the Yakama Nation and its Members, as demonstrated by specific facts alleged within the Yakama Nation's Complaint, Yakama Nation's Motion for Temporary Restraining Order and Preliminary Injunction, and the Yakama Nation's supporting affidavits. Pursuant to Fed. R. Civ. P. 65(c), the Court finds that no security is necessary.

ACCORDINGLY, IT IS HEREBY ORDERED that Defendant is temporarily restrained from preventing the Yakima Valley Farmworkers Clinic from hosting a 24-hour emergency cold weather shelter on nonmember-owned fee lands within the City of Toppenish and the Yakama Reservation consistent with the Yakama Nation Tribal Council's authorization in Resolution T-010-25.

This Temporary Restraining Order prohibits Defendant from taking any action that prevents, or is intended to prevent, Yakima Valley Farmworkers Clinic from hosting a 24-hour emergency cold weather shelter on nonmember-owned fee lands within the City of Toppenish and the Yakama Reservation for the duration of this Order's effect.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION — 2

**YAKAMA NATION**
**OFFICE OF LEGAL COUNSEL**
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

This Order shall expire fourteen (14) days from this day.

DONE IN OPEN COURT this _____ day of November, 2024.

_____
Hon. Mary K. Dimke
United States District Court Judge

PRESENTED BY:

YAKAMA NATION OFFICE OF
LEGAL COUNSEL

_s/Ethan Jones_____
Ethan Jones, WSBA No. 46911
Anthony Aronica, WSBA No. 54725

*Attorneys for the Confederated Tribes and Bands of the Yakama Nation*

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION — 3

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268