Ethan Jones, WSBA No. 46911
Anthony Aronica, WSBA No. 54725
Yakama Nation Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
ethan@yakamanation-olc.org
anthony@yakamanation-olc.org

Attorneys for the Confederated Tribes and
Bands of the Yakama Nation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TOPPENISH, a municipality of the State of Washington<br><br>Defendant. | Case No.: **1:24-cv-03189**<br><br>DECLARATION OF JENECE HOWE IN SUPPORT OF PLAINTIFF's MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Jenece Howe, declare and say that:

1.      I am the program manager of Yakama Nation Village of Hope, and I am overseeing the operation of the Yakama Nation's Iniinu't 24-hour Emergency Cold Weather Shelter (hereinafter the "Emergency Shelter"). I make this Declaration in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. The following statements are based on my personal knowledge.

DECLARATION OF JENECE HOWE IN SUPPORT OF
PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY
INJUNCTION — 1

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

1    2.     During the 2023-2024 cold weather season, the Yakama Nation held

2    its 24-hour emergency cold weather shelter at the Yakama Nation's former police

3    station and detention center. The facility is now condemned and scheduled for

4    demolition. We subsequently reached an agreement with the Yakima Valley

5    Farmworkers Clinic to host the Emergency Shelter for the 2024-2025 season in

6    Toppenish, Washington and on the Yakama Reservation.

7    3.     In October 2024, my staff reached out to the City of Toppenish to

8    arrange a meeting between the Yakama Nation and Toppenish City Council to

9    present the Yakama Nation's Emergency Shelter plans and listen to the City

10    Council's comments and concerns.

11    4.     On October 21, 2024, Yakama Nation Tribal Council Members and

12    my staff presented the Yakama Nation's Emergency Weather Shelter plans to

13    Defendant at Toppenish City Hall.  The City did not clearly support or oppose the

14    Yakama Nation's Emergency Shelter

15    5.     On November 1, 2024, Yakama Nation Tribal Council Members and

16    my staff held a follow up meeting with Defendant at the Yakama Nation

17    Governmental Headquarters. The Yakama Nation once again expressed its plans

18    for the Emergency Shelter and requested the City's position and further explanation

19    of the City's concerns, if any. The City did not clearly support or oppose the

20    Emergency Shelter at this meeting.

21    6.     On November 7, 2024, the Yakama Nation Tribal Council, concerned

22    about dropping temperatures and increased precipitation, passed Tribal Council

23    Resolution T-010-25 that directed my staff to work with the Yakima Valley

24    Farmworkers Clinic and open the 24-hour Emergency Shelter.

25    7.     Between November 18, 2024 and November 19, 2024, my staff,

26

DECLARATION OF JENECE HOWE IN SUPPORT OF
PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY
INJUNCTION — 2

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

alongside Yakima Valley Farmworkers Clinic, worked to prepare the Emergency Shelter for opening as soon as possible.

8.    On November 20, 2024, my staff opened the Emergency Shelter at 8:00 AM and began receiving individuals seeking shelter. My staff searched each individual for contraband such as weapons, narcotics, and alcohol to ensure the premises remained weapons free and drug free to protect the health and safety of staff and patrons.

9.    At or around 12:30 PM on November 20, 2024, our program was informed that the City contacted the Yakima Valley Farmworkers Clinic and stated that the City would not change its position on a maximum daily operating time of six (6) hours, suggesting that the City would take enforcement actions against Yakima Valley Farmworkers Clinic if it allowed 24-hour operations.

10.    The City of Toppenish has allowed a non-Indian 501(c)(3) entity to operate a 24-hour homeless shelter in the same facility in past years.

11.    I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.


Respectfully submitted this 21st day of November, 2024.


Jenece M. Howe

Jenece Howe, Program Manager
Yakama Nation Village of Hope


DECLARATION OF JENECE HOWE IN SUPPORT OF
PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY
INJUNCTION — 3

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268