Ethan Jones, WSBA No. 46911
Anthony Aronica, WSBA No. 54725
Yakama Nation Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
ethan@yakamanation-olc.org
anthony@yakamanation-olc.org

Attorneys for the Confederated Tribes and Bands of the Yakama Nation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Indian Tribe,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF TOPPENISH, a municipality of the State of Washington,<br><br>　　　　　　　　　　Defendant. | Case No.: 1:24-cv-03189<br><br>CERTIFICATE OF SERVICE |

On November 22, 2024, I caused the following documents to be served via personal service by Yakama Nation Office of Legal Counsel Legal Assistant Samantha Watlamet,

- Plaintiff's Complaint for Declaratory and Injunctive Relief;

- Civil Coversheet;

CERTIFICATE OF SERVICE — 1

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

- Summons;

- Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction;

- Plaintiff's Proposed Order;

- Declaration of Jenece Howe in Support of Plaintiff's Motion;

- Declaration of Ethan Jones in Support of Plaintiff's Motion;

- Plaintiff's Motion for Immediate Hearing;

- The Court's November 21, 2024 Text Order setting a briefing and hearing schedule; and

- A printout of the current docket,

which were served upon the following named individual at the address listed below:

**Dan Ford**
City of Toppenish City Manager
21 W 1st Ave
Toppenish, WA 98948
Office: (509) 379-0847
Fax: (509) 865-1950
Dan.Ford@cityoftoppenish.us

DATED this 22nd day of November, 2024.

_____
Ethan Jones, WSBA No. 46911
YAKAMA NATION OFFICE OF LEGAL COUNSEL

CERTIFICATE OF SERVICE — 2

P.O. Box 151, 401 Fort Road
Toppenish, WA 98948
Telephone: (509) 865-7268
Facsimile: (509) 865-4713
ethan@yakamanation-olc.org

CERTIFICATE OF SERVICE — 3