Ethan Jones, WSBA No. 46911
Anthony Aronica, WSBA No. 54725
Yakama Nation Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
(509) 865-7268
ethan@yakamanation-olc.org
anthony@yakamanation-olc.org

Attorneys for the Confederated Tribes and Bands of the Yakama Nation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Indian Tribe,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF TOPPENISH, a municipality of the State of Washington,<br><br>　　　　　Defendant. | Case No.: 1:24-cv-03189<br><br>CERTIFICATE OF SERVICE |

On December 2, 2024 at approximately 10:30 am, I caused the Court's November 27, 2024 Order Granting Plaintiff's Motion for Preliminary Injunction to be served via personal service by Yakama Nation Office of Legal Counsel Legal Assistant Samantha Watlamet, upon the following named individual at the address listed below:

**Heidi Riojas**
City of Toppenish City Clerk

CERTIFICATE OF SERVICE — 1

21 W 1st Ave
Toppenish, WA 98948

On December 2, 2024, I also emailed a courtesy copy of the Court's November 27, 2024 Order Granting Plaintiff's Motion for Preliminary Injunction to Defendant's legal counsel and, per Defendant's legal counsel's request, to the Toppenish City Manager at the email addresses provided below:

**Dan Heid**
Kerr Ferguson Law, PLLC
1950 Keene Road, Bldg. F-100
Richland, WA 99352
Office: (509) 735-1542
dheid@kerrlawgroup.net

**Dan Ford**
City of Toppenish City Manager
21 W 1st Ave
Toppenish, WA 98948
Office: (509) 379-0847
Fax: (509) 865-1950
Dan.Ford@cityoftoppenish.us

DATED this 2nd day of December, 2024.

_____
Ethan Jones, WSBA No. 46911
YAKAMA NATION OFFICE OF LEGAL COUNSEL
P.O. Box 151, 401 Fort Road
Toppenish, WA 98948
Telephone: (509) 865-7268
Facsimile: (509) 865-4713
ethan@yakamanation-olc.org

CERTIFICATE OF SERVICE — 2