# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign recognized Indian Tribe,<br><br>　　　　　Plaintiff,<br><br>　-vs-<br><br>CITY OF TOPPENISH, a municipality of the State of Washington,<br><br>　　　　　Defendant. | Case No.　　1:24-CV-03189-MKD<br><br>CIVIL MINUTES<br><br>DATE:　　DECEMBER 18, 2024<br>LOCATION:　　YAKIMA<br><br>PRELIMINARY INJUNCTION HEARING |

| Honorable Mary K. Dimke | | |
|---|---|---|
| Cora Vargas | 01 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Ethan Jones<br>Nick Kahmann | | Daniel Heid |
| **Plaintiff's Counsel** | | **Defendant's Counsel** |

**[X] Open Court**　　　　　**[ ] Chambers**　　　　　**[ ] Video conference**

The Court suggested that the Temporary Restraining Order/Preliminary Injunction be extended for approximately 30 days to allow additional briefing regarding the jurisdictional issue.

- Mr. Jones requested the hearing proceed today as scheduled
- Mr. Heid indicated he is prepared to proceed with argument at this time

**Court**: argument will be heard today as scheduled.

<u>**Plaintiff's Motion for Preliminary Injunction, ECF No. 4**</u>.

- Argument in support of motion by Mr. Jones
- Argument in opposition by Mr. Heid
- Rebuttal argument by Mr. Jones

**Court**: the Temporary Restraining Order/Preliminary Injunction issued on November 27, 2024, ECF No. 9, is **EXTENDED** to **January 14, 2025**, or the time of the next hearing. Defendant shall file any additional briefing no later than **January 3, 2025**. Plaintiff shall file a reply, if any, no later than **January 10, 2025**. An additional hearing will be held on **January 14, 2025 at 11:00 a.m. in Yakima**. Defendant shall also file an answer no later than **January 3, 2025**.

## [X]　ORDER FORTHCOMING

| CONVENED: 10:01 A.M. | ADJOURNED: 10:58 A.M. | TIME:　:57 HR. | CALENDARED　[X] |
|---|---|---|---|