FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TOPPENISH,<br><br>Defendant. | No. 1:24-CV-3189-MKD<br><br>ORDER EXTENDING PRELIMINARY INJUNCTIVE RELIEF AND SETTING SUPPLEMENTAL BRIEFING SCHEDULE AND HEARING |

On December 18, 2024, the Court held a hearing on Plaintiff's Motion for Preliminary Injunction. Ethan Jones and Nicholas Kahmann appeared on behalf of Plaintiff. Daniel Heid appeared on behalf of Defendant.

For the reasons stated on the record, the Court extends the grant of preliminary injunctive relief, *see* ECF No. 9, through January 14, 2025. The Court sets a supplemental briefing schedule and further hearing as set forth below.

IT IS HEREBY ORDERED:

1. Defendant shall file a supplemental brief and its Answer to the Complaint by **January 3, 2025**.

ORDER - 1

2.  Plaintiff shall file a response to Defendant's supplemental brief by **January 10, 2025**.

3.  A further Preliminary Injunction Hearing is **SET** for **January 14, 2025, at 11:00 A.M in Yakima Courtroom 324.**

The Clerk's Office is directed to file this Order and provide copies to counsel.

DATED December 18, 2024.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE