Daniel B. Heid, WSBA No.8217
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
E-Mail: dheid@kerrlawgroup.net
Phone: (509) 735-1542, Fax: (509) 735-0506
Cell: (206) 321-7672

Attorney for Defendant, City of Toppenish

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TOPPENISH, a municipal Corporation of the State of Washington,<br><br>Defendant. | No. 1:24-CV-3189-MKD<br><br>ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |

The Defendant, City of Toppenish, submits the following as its Answer to the Complaint of the Plaintiff, Yakama Nation for Declaratory and Injunctive Relief:

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 1

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

In Answer to Paragraph 1.1 of the Complaint, much of this paragraph calls for neither admission nor denial, but to the extent it calls for a response, the Defendant denies the same.

In Answer to Paragraph 1.2 of the Complaint, much of this paragraph calls for neither admission nor denial, but to the extent it calls for a response, the Defendant denies the same.

In Answer to Paragraph 1.3 of the Complaint, much of this paragraph calls for neither admission nor denial, but to the extent it calls for a response, the Defendant denies the same.

In Answer to Paragraph 1.4 of the Complaint, the Defendant denies the same.

In Answer to Paragraph 1.5 of the Complaint, the Defendant denies the same.

In Answer to Paragraph 2.1 of the Complaint, much of this paragraph calls for neither admission nor denial, but to the extent it calls for a response, the Defendant denies the same.

In Answer to Paragraph 2.2 of the Complaint, the Defendant admits that this Court has the authority to grant declaratory and injunctive relief, but to the extent

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 2

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

1  that this paragraph describes the specific relief sought, the Defendant denies the same.

In Answer to Paragraph 2.3 of the Complaint, the Defendant admits the same.

In Answer to Paragraph 3.1 of the Complaint, much of this paragraph calls for neither admission nor denial, but to the extent it calls for a response, the Defendant denies the same.

In Answer to Paragraph 4.1 of the Complaint, the Defendant admits the same.

In Answer to Paragraph 5.1 of the Complaint, the Defendant admits that the Plaintiff is a federally recognized Native Nation with inherent sovereign and Treaty rights, but to the extent this paragraph could be seen as defining those rights, the Defendant denies the same.

In Answer to Paragraph 5.2 of the Complaint, the Defendant admits that the Plaintiff has civil authority that can, under certain circumstances, be applied to non-Indians, but to the extent this paragraph could be seen as defining those rights, the Defendant denies the same.

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 3

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

In Answer to Paragraph 5.3 of the Complaint, the Defendant is without sufficient information to form an opinion as to the truth or veracity thereof, and therefore denies the same.

In Answer to Paragraph 5.4 of the Complaint, much of this paragraph calls for neither admission nor denial, but to the extent it calls for a response, the Defendant denies the same.

In Answer to Paragraph 5.5 of the Complaint, much of this paragraph calls for neither admission nor denial, but to the extent it calls for a response, the Defendant denies the same.

In Answer to Paragraph 5.6 of the Complaint, the Defendant is without sufficient information to form an opinion as to the truth or veracity thereof, and therefore denies the same.

In Answer to Paragraph 5.7 of the Complaint, the Defendant is without sufficient information to form an opinion as to the truth or veracity thereof, and therefore denies the same.

In Answer to Paragraph 5.8 of the Complaint, the Defendant is without sufficient information to form an opinion as to the truth or veracity thereof, and therefore denies the same.

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 4

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

In Answer to Paragraph 5.9 of the Complaint, the Defendant is without sufficient information to form an opinion as to the truth or veracity thereof, and therefore denies the same.

In Answer to Paragraph 5.10 of the Complaint, the Defendant will admit that there were communications between the Defendant and the Plaintiff but does not agree with some or all of the characterization of much of this communication, and therefore denies the same.

In Answer to Paragraph 5.11 of the Complaint, the Defendant will admit that there were communications between the Defendant and the Plaintiff, but does not agree with some or all of the characterization of much of this communication, and therefore denies the same.

In Answer to Paragraph 5.12 of the Complaint, Defendant will admit that there were communications between the Defendant and the Plaintiff but does not agree with some or all of the characterization of much of this communication, and therefore denies the same.

In Answer to Paragraph 5.13 of the Complaint, Defendant will admit that there were communications between the Defendant and the Plaintiff but does not

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 5

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

agree with some or all of the characterization of much of this communication, and therefore denies the same.

In Answer to Paragraph 5.14 of the Complaint, the Defendant is without sufficient information to form an opinion as to the truth or veracity thereof, and therefore denies the same.

In Answer to Paragraph 5.15 of the Complaint, the Defendant denies the same.

In Answer to Paragraph 5.16 of the Complaint, the Defendant is without sufficient information to form an opinion as to the truth or veracity thereof, and therefore denies the same.

In Answer to Paragraph 5.17 of the Complaint, the Defendant admits the same without admitting or agreeing to the dates reflected therein.

In Answer to Paragraph 5.18 of the Complaint, the Defendant admits the same without admitting or agreeing to the dates reflected therein.

In Answer to Paragraph 5.19 of the Complaint, the Defendant is without sufficient information to form an opinion as to the truth or veracity thereof, and therefore denies the same.

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 6

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

In Answer to Paragraph 5.21 of the Complaint, the Defendant admits the same without admitting or agreeing to the dates reflected therein.

In Answer to Paragraph 5.22 of the Complaint, as to parts, the Defendant is without sufficient information to form an opinion as to the truth or veracity thereof, and therefore denies the same. As to other parts, the Defendant disagrees with the characterization of communication, and therefore denies the same.

In Answer to Paragraph 5.23 of the Complaint, the Defendant denies the same.

In Answer to Paragraph 5.24 of the Complaint, the Defendant denies the same.

In Answer to Paragraph 5.25 of the Complaint, the Defendant denies the same.

In Answer to Paragraph 6.1 of the Complaint, the Defendant incorporates and reasserts all its previous responses by reference.

In Answer to Paragraph 6.2 of the Complaint, to the extent that the terms used therein may mean different things, the Defendant denies the same.

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 7

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

In Answer to Paragraph 6.3 of the Complaint, to the extent that this paragraph uses terms or wording that could be disputed or with which there may be disagreement, the Defendant denies the same.

In Answer to Paragraph 6.4 of the Complaint, to the extent that this paragraph uses terms or wording that could be disputed or with which there may be disagreement, the Defendant denies the same.

In Answer to Paragraph 6.5 of the Complaint, the Defendant denies the same.

In Answer to Paragraph 6.6 of the Complaint, the Defendant denies the same.

Wherefore, the Defendant respectfully requests that the relief sought by the Plaintiff be denied, and that the Defendant be awarded its reasonable attorneys fees and costs.

### Affirmative Defenses

The Defendant respectfully submits the following as its Affirmative Defenses:

1. Failure to state a claim for which relief can be granted.

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 8

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

Respectfully submitted this 2nd day of January, 2025.

s/DANIEL B. HEID, WSBA No. 8217
Attorney for Defendant City of Toppenish
Kerr Ferguson Law, PLLC
1950 Keene Road, Building F-100
Richland, Washington 99352
Telephone: (509) 735-1542
Email: dheid@kerrlawgroup.net

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 9

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Ethan Jones, WSBA No. 46911
ethan@yakamanation-olc.org

Anthony Aronica, WSBA No. 54725
anthony@yakamanation-olc.org

Nicholas Kahmann, WSBA No. 60602
nick@yakamanation-olc.org

s/DANIEL B. HEID, WSBA No. 8217
Attorney for Defendant City of Toppenish
Kerr Ferguson Law, PLLC
1950 Keene Road, Building F-100
Richland, Washington 99352
Telephone: (509) 735-1542
Email: dheid@kerrlawgroup.net

ANSWER OF THE DEFENDANT, CITY OF TOPPENISH, TO THE YAKAMA NATION'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF - Page 10

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542