1  Daniel B. Heid, WSBA No.8217
2  Toppenish City Attorney
   Kerr Ferguson Law PLLC
3  1950 Keene Road, Bldg. F-100
   Richland, Washington 99352
4  E-Mail: dheid@kerrlawgroup.net
5  Phone: (509) 735-1542, Fax: (509) 735-0506
   Cell: (206) 321-7672
6
7  Attorney for Defendant, City of Toppenish

8              **UNITED STATES DISTRICT COURT**
                        **FOR THE**
9           **EASTERN DISTRICT OF WASHINGTON**
10

11 CONFEDERATED TRIBES          |  **No. 1:24-CV-3189-MKD**
   AND BANDS OF THE             |
12 YAKAMA NATION, a             |  SUPPLEMENTAL RESPONSE
   sovereign federally recognized | OF THE DEFENDANT, CITY
13 Indian Tribe,                |  OF TOPPENISH TO THE
                                |  YAKAMA NATION'S
14                              |  COMPLAINT FOR
            Plaintiff,          |  DECLARATORY AND
15 v.                           |  INJUNCTIVE RELIEF
16
   CITY OF TOPPENISH, a municipal
17 Corporation of the State of
   Washington,
18
19          Defendant.
20

21     The Defendant, City of Toppenish, respectfully submits the following as its

22 Supplemental Response of the Defendant, City of Toppenish, to the Yakama

23 Nation's Complaint for Declaratory and Injunctive Relief.

24

25 SUPPLEMENTAL RESPONSE OF THE            Daniel B. Heid
   DEFENDANT, CITY OF TOPPENISH,          Toppenish City Attorney
                                          Kerr Ferguson Law PLLC
26 TO THE YAKAMA NATION'S                 1950 Keene Road, Bldg. F-100
   COMPLAINT FOR DECLARATORY              Richland, Washington 99352
27 AND INJUNCTIVE RELIEF - Page 1         Phone: (509) 735-1542

The Plaintiff, relying on *Montana v. United States*, 450 U.S. 544, 565-566, (1981), asserts that it has *civil authority* within the Yakama Reservation . . . over the conduct of non-members . . . on non-Indian owned fee lands that threatens or has some direct effect on the political integrity, the economic security, or the health or welfare of the tribe. *See* Yakama Nation's Complaint for Declaratory and Injunctive Relief, Page 4.

In *Montana v. United States, Id.*, the Supreme Court outlined two exceptions to the general rule prohibiting the tribal exercise of jurisdiction over non-members, described as follows:

> 1)    "A tribe may regulate, through taxation, licensing, or other means, the activities of nonmembers who enter consensual relationships with the tribe or its members, through commercial dealing, contracts, leases, or other arrangements[,]" and
> 2)    "A tribe may also retain inherent power to exercise *civil authority* over the conduct of non-Indians on fee lands within its reservation when that conduct threatens or has some direct effect on the political integrity, the economic security, or the health or welfare of the tribe." (Emphasis added.)

*Id.* at 565-66

These exceptions are "limited ones" and are not to be construed in a manner that "swallows the rule." *Plains Commerce Bank v. Long Family Land & Cattle*

SUPPLEMENTAL RESPONSE OF THE
DEFENDANT, CITY OF TOPPENISH,
TO THE YAKAMA NATION'S
COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF - Page 2

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

1  *Co.*, 554 U.S. 316, 330 (2008) (*quoting Atkinson Trading Co. v. Shirley*, 532 U.S.

2  645, 647 (2001).

3
4  In this case, the Plaintiff seeks to take action related to a criminal matter, not

5  a civil one. To support the proposition that this matter is criminal in nature, the

6  penalties for violations of the International Building Code [including the

7  International Fire Code[1]] – the provisions of Chapter 15.01 of the Toppenish

8
9  Municipal code (TMC) [Chapter 15.01 – Building Codes] provides as follows:

10      15.01.060 Unlawful acts and violations – Penalties.

11          A. It is unlawful for any person, entity, firm or corporation to
        erect, construct, alter, repair, move, remove, convert, demolish, equip,
12      use, occupy or maintain any building, structure or other construction
        or cause to permit the same to be done, in violation of this chapter.
13          B. Any person, entity, firm or corporation who violates any
14      provisions of this chapter or who erects, constructs, alters, repairs,
        moves, removes, converts, demolishes, equips, uses, occupies or
15      maintains any building or structure that is in violation of approved
        construction documents, directives of the building and/or code
16      officials, or a permit or certificate issued under the codes adopted
17      pursuant to this chapter shall be subject to the penalties set forth in
        *Chapter 1.24 TMC* or as otherwise provided in law. (Ord. 2020-10 § ,
18      2020). (Emphasis added.)

19
20
21
22  _____

[1] TMC 15.01.010 Adoption of referenced codes. . . .
23  4. The 2018 International Fire Code (IFC), published by the International Code
    Council, Inc. . . .
24

25  SUPPLEMENTAL RESPONSE OF THE
    DEFENDANT, CITY OF TOPPENISH,
26  TO THE YAKAMA NATION'S
    COMPLAINT FOR DECLARATORY
27  AND INJUNCTIVE RELIEF - Page 3

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

With that, the provisions of Chapter 1.24 TMC – General Penalties – states as follows:

## Chapter 1.24
## GENERAL PENALTY*

Sections:
1.24.010     General penalty.

*For statutory provisions authorizing third class cities to provide penalties for the violation of ordinances by a fine not exceeding $500.00 or imprisonment for a term not exceeding six months, or both, see RCW 35.24.290(12).

1.24.010 General penalty.
Any person violating any of the provisions of or failing to comply with any of the mandatory requirements of any ordinance of the city shall be *guilty of a misdemeanor*. Except in cases where a different punishment is prescribed by any ordinance of the city, any person convicted of a *misdemeanor* shall be punished by a fine not exceeding $5,000 or by imprisonment for not more than one year, or by both such fine and imprisonment, but the punishment provided for violation of any criminal ordinance shall be the same as the punishment provided in state law for the same crime. The provisions of this section shall take priority over any ordinance not consistent herewith, and those portions of all ordinances in conflict herewith are repealed.
Each such person is *guilty* of a separate offense for each and every day during any portion of which any violation of any provisions of the ordinances of the city is committed, continued or permitted by any such person, and shall be punished accordingly. (Ord. 94-10 § 1, 1994). (Emphasis added.)

Additionally, the Building Codes spell out, per sections 105.1.1 and 110.2 of the IFC, that the property owner and the owner's agent/representative shall be

SUPPLEMENTAL RESPONSE OF THE
DEFENDANT, CITY OF TOPPENISH,
TO THE YAKAMA NATION'S
COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF - Page 4

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

1 responsible for compliance with and liable for violations of the IFC provisions.

2 Moreover, consistent with the above TMC penalty language, Section 110.4 IFC,

3

4 further includes IFC criminal penalties violations of fines and jail time.

5 In light of the limitations of the *Montana* exceptions, and the constraints on

6 expanding its parameters, the criminal nature of the underlying regulations in this

7 case preclude their application to the present situation. Accordingly, the injunctive

8

9 relief requested by the Plaintiff should not be granted, and the temporary injunction

10 should be withdrawn.

11

Respectfully submitted this 2nd day of January, 2025.

12

13

14 s/DANIEL B. HEID, WSBA No. 8217
Attorney for Defendant City of Toppenish
15 Kerr Ferguson Law, PLLC
1950 Keene Road, Building F-100
16 Richland, Washington 99352
Telephone: (509) 735-1542
17 Email: dheid@kerrlawgroup.net

18

19

20

21

22

23

24

25 SUPPLEMENTAL RESPONSE OF THE
DEFENDANT, CITY OF TOPPENISH,
26 TO THE YAKAMA NATION'S
COMPLAINT FOR DECLARATORY
27 AND INJUNCTIVE RELIEF - Page 5

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2025, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Ethan Jones, WSBA No. 46911
ethan@yakamanation-olc.org

Anthony Aronica, WSBA No. 54725
anthony@yakamanation-olc.org

Nicholas Kahmann, WSBA No. 60602
nick@yakamanation-olc.org

s/DANIEL B. HEID, WSBA No. 8217
Attorney for Defendant City of Toppenish
Kerr Ferguson Law, PLLC
1950 Keene Road, Building F-100
Richland, Washington 99352
Telephone: (509) 735-1542
Email: dheid@kerrlawgroup.net

SUPPLEMENTAL RESPONSE OF THE
DEFENDANT, CITY OF TOPPENISH,
TO THE YAKAMA NATION'S
COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF - Page 6

Daniel B. Heid
Toppenish City Attorney
Kerr Ferguson Law PLLC
1950 Keene Road, Bldg. F-100
Richland, Washington 99352
Phone: (509) 735-1542