FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TOPPENISH,<br><br>Defendant. | No. 1:24-CV-3189-MKD<br><br>ORDER EXTENDING PRELIMINARY INJUNCTIVE RELIEF, REFERRING MATTER FOR SETTLEMENT CONFERENCE, AND DIRECTING COUNSEL TO FILE A PROPOSED ACCELERATED SCHEDULING ORDER |

On January 14, 2025, the Court held a supplemental hearing on Plaintiff's Motion for Preliminary Injunction. Anthony Aronica, Ethan Jones, and Nicholas Kahmann appeared on behalf of Plaintiff. Daniel Heid appeared on behalf of Defendant.

As stated on the record, the Court **EXTENDS** the grant of preliminary injunctive relief, ECF No. 18, until further order of the Court. The Court also **REFERRS** this matter to Magistrate Judge Ekstrom for a settlement conference on January 24, 2025, at 9:00 AM. Magistrate Judge Ekstrom will issue an order setting

ORDER - 1

forth deadlines for the settlement conference.  As indicated on the record, individuals from the Iniitnu't Cold Weather Shelter, Tribe, and City that can assist with identifying concerns and potential resolutions should be present at the settlement conference.  Counsel shall file a status report within seven days following the settlement conference advising if additional action by the Court is needed.  Finally, the Court **DIRECTS** counsel to meet and confer and jointly file a proposed accelerated scheduling order on the merits by January 31, 2025.

**IT IS SO ORDERED.**  The Clerk's Office is directed to file this Order and provide copies to counsel.

DATED January 22, 2025.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 2