FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TOPPENISH,<br><br>Defendant. | No. 1:24-CV-03189-MKD<br><br>ORDER |

A full-day settlement conference was held before the undersigned in Yakima, Washington on January 24, 2025, and a follow-up meeting was subsequently scheduled for January 28, 2025. Based on information provided at the January 28, 2025, session, **IT IS HEREBY ORDERED**:

1. The parties shall continue to meet with their decisionmakers and notify the Court **on or before February 12, 2025**, whether settlement language has been approved to resolve the matter.

2. Should the parties have further offers/counteroffers, those should be provided to the Court by email at: EkstromOrders@waed.uscourts.gov

3. The next session in this case, if necessary, shall proceed on **February 14, 2025, at 11:30 a.m.** before the undersigned, in Courtroom 102, 1st Floor of the William O. Douglas Federal Building, 25 South Third Street, Yakima, Washington 98901.

ORDER - 1

4. The parties are advised to contact Judge Dimke's chambers to seek approval of a new date to meet and confer and to provide a schedule for trial.

**IT IS SO ORDERED.**

DATED January 28, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2