| | |
|---|---|
| Anthony Aronica, WSBA No. 54725 | Daniel B. Heid, WSBA No. 8217 |
| Nicholas James Kahmann WSBA No. 60602 | Toppenish City Attorney |
| Yakama Nation Office of Legal Counsel | Kerr Ferguson Law PLLC |
| P.O. Box 150 / 401 Fort Road | 1950 Keene Road, Bldg. F-100 |
| Toppenish, WA 98948 | Richland, Washington 99352 |
| (509) 865-7268 | Email: dheid@kerrlawgroup.net |
| anthony@yakamanation-olc.org | Phone: (509) 735-1542 |
| nick@yakamanation-olc.org | Fax: (509) 735-0506 |
| Attorneys for the Confederated Tribes and | Cell: (206) 321-7672 |
| Bands of the Yakama Nation | Attorney for Defendant, City of Toppenish |

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, a sovereign federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TOPPENISH, a municipal Corporation of the State of Washington,<br><br>Defendant. | No. 1:24-CV-03189-MKD<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF SETTLEMENT AGREEMENT |

This matter having come before the Court on Plaintiff, Confederated Tribes and Bands of the Yakama Nation's ("Yakama Nation"), and Defendant, City of Toppenish's ("City"), Joint Status Report and Motion for Entry of Settlement

Agreement, and the Court having considered all relevant pleadings and records on file with the Court,

      IT IS HEREBY ORDERED that the parties' Joint Motion for Entry of Judgment is GRANTED.

      IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment in accordance therewith.

      IT IS FURTHER ORDERED that in consideration of the settlement agreement that the matter is dismissed.

      DONE IN OPEN COURT this _____ day of February, 2025.

                                                _____

                                                Hon. Mary K. Dimke
                                                United States District Court Judge

PRESENTED BY:

s/Anthony Aronica
Anthony Aronica, WSBA No. 54725
Yakama Nation Office of Legal Counsel
P.O. Box 151, 401 Fort Road
Toppenish, WA 98948
Telephone: (509) 865-7268
Facsimile: (509) 865-4713
anthony@yakamanation-olc.org

*Attorney for the Confederated Tribes
And Bands of the Yakama Nation*


s/Daniel B. Heid.
Daniel B. Heid, WSBA No. 8217
Toppenish City Attorney
Kerr Ferguson Law, PLLC
1950 Keene Road, Building F-100
Richland, WA 99352
Telephone: (509) 735-1542
Facsimile: (509) 735-0506
Email: dheid@kerrlawgroup.net

*Attorney for the Defendant, City of Toppenish*

PROPOSED ORDER GRANTING JOINT MOTION
FOR ENTRY OF SETTLEMENT AGREEMENT                Page 3