FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>                  Plaintiff,<br><br>   v.<br><br>CITY OF TOPPENISH,<br><br>                  Defendant. | No. 1:24-CV-3189-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 32** |

Before the Court is the parties' Stipulated Motion to Dismiss. ECF No. 32. The parties stipulate to the dismissal of this action, without prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

1.      The Stipulated Motion to Dismiss, **ECF No. 32**, is **GRANTED**.

ORDER - 1

2.    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED without prejudice**, without an award of fees or costs.

3.    All pending dates and deadlines are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE the file**.

DATED February 24, 2025.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2